UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> CHANTY REYNOSO VASQUEZ, <br><br> Defendant | Criminal No. 22-CR-30016-MGM <br><br> Violation: <br><br> Count One: Possession with Intent to Distribute 400 Grams or More of Fentanyl; Aiding and Abetting <br> (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2) <br><br> Forfeiture Allegation: <br> (21 U.S.C. § 853) |

# INDICTMENT

## COUNT ONE
Possession with Intent to Distribute 400 Grams
or More of Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); 18 U.S.C. § 2)

The Grand Jury charges:

On or about March 30, 2022, in Hampden County, in the District of Massachusetts, the defendant,

CHANTY REYNOSO VASQUEZ,

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

CHANTY REYNOSO VASQUEZ,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

   a. a 2015 Ford Explorer bearing Vehicle Identification Number 1FM5K8GT4F6B78116 and New York Registration KKX821 seized from CHANTY REYNOSO VASQUEZ on or about March 30, 2022.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

2

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
TODD E. NEWHOUSE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 12, 2022 at 1:01 pm.
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

4